FILED - LN
August 18, 2023 3:11 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw / SCANNED BY: ___ 8/21

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __Michigan__
__Civil__ Division

__Paul Bryon Brewer__
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

__President Barack Obama__
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: (check one) ☒ Yes ☐ No

1:23-cv-875
Hala Y. Jarbou
Chief, U.S. District Judge

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Paul Bryon Brewer
Address: 607 Morrell Ave
Connellsville PA 15425
City / State / Zip Code
County: Fayette
Telephone Number: 937-624-2071
E-Mail Address: paulbrewer081@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Barack Obama
Job or Title (if known): President of the United States
Address: 1600 Pennsylvania Ave, NW
Washington DC 20500
City / State / Zip Code
County:
Telephone Number: 202-456-1111
E-Mail Address (if known):

[ ] Individual capacity  [X] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Address _____
    _____
    City / State / Zip Code
    County _____
    Telephone Number _____
    E-Mail Address *(if known)* _____
    ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Address _____
    _____
    City / State / Zip Code
    County _____
    Telephone Number _____
    E-Mail Address *(if known)* _____
    ☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*all the Bill of right.*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The Summer of 2009

B. What date and approximate time did the events giving rise to your claim(s) occur?

The Summer of 2009

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I have Visions in my sleep of future events and will talk about them while I sleep. While staying at Robert Cicilotti 2 Bedroom apartment he was always listening to me. I said that the Pakistan people were on thier way to Bomb the west coast. President Barack OBama committed fraud against me and the american people. I said to send out the Ronald Reagans and only take out the Bow of the ship. President Barack lied and said he had a feeling something was wrong. I Paul Bryan J Brewer was the one that knew.

Page 4 of 6

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have trouble with my mind at time still from being shock in the Back of my neck through my mouth. president Barack OBana order ordered the Shocking.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the Whole United States tresury.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   8-17-2023

Signature of Plaintiff   *Paul Brewer*

Printed Name of Plaintiff

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                City             State        Zip Code

Telephone Number

E-mail Address

S District Court Clerk

llegan st  #213

Lansing MI

48933

Paul Brewer.
607 Morrell Ave
Connellsville PA
15425

United Stal

315 w a

Paul Brewer
607 Morrell Ave
Connellsville PA
15425

PRESS FIRMLY TO SEAL   PRESS FI

# PRIORITY MAIL EXPRESS®

FOR DO

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006



UNITED STATES POSTAL SERVICE®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE 9376
PAUL B BREWER
607 MORRELL AVE
CONNELLSVILLE
15425

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT) PHONE (517) 3
US DISTRICT COURT
315 W ALLEGAN S
LANSING MI
ZIP + 4® (U.S. ADDRESSES ONLY)
4 8 9 3 3 -


■ PEEL FROM THIS CORNER

