UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL BRYON BREWER,

    Plaintiff,

v.

    Case No. 1:23-cv-875

    Hon. Hala Y. Jarbou

BARACK OBAMA,

    Defendant.
_____/

### ORDER

On August 29, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that the Complaint be dismissed for lack of subject matter jurisdiction (ECF No. 9). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on September 12, 2023. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 9) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the case is **DISMISSED** for lack of subject matter jurisdiction.

A judgment will issue in accordance with this order.

Dated: September 14, 2023           /s/Hala Y. Jarbou
                                                 HALA Y. JARBOU
                                                 CHIEF UNITED STATES DISTRICT JUDGE